08-005-CV, McCullough v











 

IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00005-CV

 

rose
mccullough,

                                                                                    Appellant

 v.

 

devon energy production 

company,
l.p.,

                                                                                    Appellee

 

 



From the 413th District Court

Johnson
 County, Texas

Trial Court No. C2007000683

 



order



 

Our
memorandum opinion dismissing Appellant Rose McCullough’s appeal for want of
jurisdiction was issued on July 30, 2008.

On
August 4, 2008, Appellant filed her second motion for disqualification and/or
recusal of the justices of this court.  (Her first motion for disqualification
and/or recusal was denied on June 18, 2008.)  It does not contain proof of
service, as required by Rule of Appellate Procedure 9.5(d).  On September 2,
2008, Appellant filed a motion to reinstate, which we will treat as a motion
for rehearing.  Contained within it is a motion for extension of time to file
the motion for rehearing.  Because the motion was mailed on August 29, it is
timely.  See Tex. R. App. P.
9.2(b), 49.8.  The motion does not contain proof of service, as required by
Rule of Appellate Procedure 9.5(d).

We
implement Rule of Appellate Procedure 2 to suspend the proof of service
requirement and proceed to the merits of Appellant’s motions.  See Tex. R. App. P. 2.

We
deny Appellant’s second motion for disqualification and/or recusal; being filed
after our July 30 opinion, it is untimely.  See Tex. R. App. P. 16.3(a).

Appellant’s
motion for extension to file motion for rehearing is granted.  Appellant’s motion
for rehearing is denied.

 

PER CURIAM

 

Before Chief Justice Gray,

            Justice Vance, and

            Justice Reyna

            (Chief Justice Gray not participating)

Motion for extension granted;

Motions for disqualification/recusal and rehearing denied

Order issued and filed September 17, 2008

Do not publish